1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHERI CERINI, | Case No.  3:21-cv-00486-RCJ-WGC |
| Plaintiff, | |
| v. | |
| STATE OF NEVADA, ex rel. DEPARTMENT OF TRANSPORATION | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Defendant, STATE OF NEVADA, ex rel. DEPARTMENT OF TRANSPORTATION, by and through its counsel, AARON D. FORD, Nevada Attorney General, and CARRIE L. PARKER, Deputy Attorney General, and Plaintiff CHERI CERINI, by and through her counsel, MARK MAUSERT, ESQ., and SEAN McDOWELL, hereby stipulate and agree that this matter

///
///
///
///
///

1

be dismissed with prejudice, in its entirety, with each party to bear their own attorneys' fees and costs.

DATED: December 17, 2021

| | |
|---|---|
| AARON D. FORD<br>Attorney General | LAW OFFICES OF MARK MAUSERT |
| By: /s/ Carrie L. Parker<br>   CARRIE L. PARKER<br>   Deputy Attorney General<br>   Nevada Bar No. 10952<br>   Office of the Attorney General<br>   *Attorneys for Defendant, State of*<br>   *Nevada, ex rel. Department of*<br>   *Transportation* | By: /s/ Mark Mausert<br>   Mark Mausert<br>   Nevada Bar No. 2398<br>   Sean McDowell<br>   Nevada Bar No. 15962<br>   729 Evans Avenue<br>   Reno, Nevada 89512<br>   Telephone:   (775) 785-5477<br>   Facsimile:    (775) 786-9658<br>   mark@markmausertlaw.com<br>   sean@markmausertlaw.com<br>   *Attorneys for Plaintiff Cheri Cerini* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: December 21, 2021.